UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE GARCIA**<br><br>　　　　Plaintiff,<br><br>**v.**<br><br>**FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,**<br>　　　　Defendant, | Case No: **2:17-cv-02665-MRW**<br><br>**ORDER GRANTING JOINT STIPULATION AND ORDER TO DISMISS CASE** |

**ORDER**

The stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: December 30, 2019

_____
Honorable Judge Michael R. Wilner